```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 03120
   INDOLFO LUNA
   ELIZABETH LUNA                                CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-3775    SSN XXX-XX-3855

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED        5452.44          .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED         469.77          .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED        2559.63          .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED        1250.61          .00            .00
CORTRUST BANK              UNSECURED         254.45          .00            .00
CHASE HOME FINANCE LLC     NOTICE ONLY    NOT FILED          .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED          .00            .00
AMANDA LUNA                UNSECURED     NOT FILED          .00            .00
AMERICAN EXPRESS BANK      UNSECURED        1292.26          .00            .00
AMERICASH LOANS            UNSECURED        3799.62          .00            .00
AMEX                       UNSECURED     NOT FILED          .00            .00
ASPIRE VISA                UNSECURED     NOT FILED          .00            .00
BANK ONE                   UNSECURED     NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1501.02          .00            .00
CAL SVC BUR                NOTICE ONLY    NOT FILED          .00            .00
REDWOOD CREDIT UNION       UNSECURED     NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED     NOT FILED          .00            .00
DR WALTER B BUSSE          UNSECURED     NOT FILED          .00            .00
CFS DEFICIENCY RECOVERY    UNSECURED     NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED     NOT FILED          .00            .00
CODILIS & ASSOCIATES       NOTICE ONLY    NOT FILED          .00            .00
COLLECTION COMPANY OF AM   NOTICE ONLY    NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1439.98          .00            .00
DAIMLER CHRYSLER           UNSECURED     NOT FILED          .00            .00
RJM ACQUISITIONS           UNSECURED          52.69          .00            .00
RJM ACQUISITIONS           UNSECURED          72.29          .00            .00
WALTER B BUSSE             UNSECURED     NOT FILED          .00            .00
EXXON MOBILE/GE CONSUMER   UNSECURED     NOT FILED          .00            .00
PREMIER BANKCARD           UNSECURED         524.89          .00            .00
PREMIER BANKCARD           UNSECURED         394.94          .00            .00
FIRST PREMIER BANK         UNSECURED     NOT FILED          .00            .00
PREMIER BANKCARD           UNSECURED     NOT FILED          .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 03120 INDOLFO LUNA & ELIZABETH LUNA
```

```
RESURGENT CAPITAL SERVIC UNSECURED        497.43                .00             .00
RESURGENT CAPITAL SERVIC UNSECURED        321.78                .00             .00
FRIEND FAMILY HEALTH CEN UNSECURED     NOT FILED                .00             .00
GE CAPITAL               UNSECURED     NOT FILED                .00             .00
GEMB/JC PENNEY           UNSECURED     NOT FILED                .00             .00
GEMB/JC PENNEY           NOTICE ONLY   NOT FILED                .00             .00
GEMB/SAMS                UNSECURED     NOT FILED                .00             .00
GEMB SAMS                UNSECURED     NOT FILED                .00             .00
GREAT SENECA FINANCIAL C UNSECURED     NOT FILED                .00             .00
HOUSEHOLD FINANCE CORPOR UNSECURED       5739.53                .00             .00
HB RHODES                NOTICE ONLY   NOT FILED                .00             .00
HOUSEHOLD MORTGAGE SERVI UNSECURED     NOT FILED                .00             .00
HSBC                     UNSECURED     NOT FILED                .00             .00
HSBC BANK NEVADA NA      UNSECURED        521.11                .00             .00
ECAST SETTLEMENT         UNSECURED        544.41                .00             .00
HSBC CARSON              UNSECURED     NOT FILED                .00             .00
ILLINOIS COLLECTION SERV NOTICE ONLY   NOT FILED                .00             .00
CHASE BANK               UNSECURED       1956.42                .00             .00
LANE BRYANT              UNSECURED     NOT FILED                .00             .00
LANE BRYANT              UNSECURED     NOT FILED                .00             .00
MERRICK BANK             UNSECURED        603.61                .00             .00
MEYERS & NJUS            NOTICE ONLY   NOT FILED                .00             .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY   NOT FILED                .00             .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY   NOT FILED                .00             .00
MRSI                     NOTICE ONLY   NOT FILED                .00             .00
INGALLS MEMORIAL HOSPITA UNSECURED     NOT FILED                .00             .00
NCO COLLECTION AGENCY    NOTICE ONLY   NOT FILED                .00             .00
SENECA/SEARS             UNSECURED     NOT FILED                .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED        425.37                .00             .00
REDWOOD CU               UNSECURED     NOT FILED                .00             .00
REDWOOD CU               UNSECURED     NOT FILED                .00             .00
RETAILERS NATIONAL BANK  UNSECURED     NOT FILED                .00             .00
RJM ACQUISITIONS         NOTICE ONLY   NOT FILED                .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED        681.13                .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED        605.41                .00             .00
SAMS CLUB                NOTICE ONLY   NOT FILED                .00             .00
ROUNDUP FUNDING LLC      UNSECURED       3471.70                .00             .00
SHERMAN ACQUISITIONS     NOTICE ONLY   NOT FILED                .00             .00
SHERMAN ACQUISITIONS     NOTICE ONLY   NOT FILED                .00             .00
TRIBUTE/FBOFD            UNSECURED     NOT FILED                .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED        604.96                .00             .00
UNIFUND CCR PARTNERS     UNSECURED     NOT FILED                .00             .00
UNIFUND CCR PARTNERS     UNSECURED     NOT FILED                .00             .00
WACHOVIA BANK            UNSECURED     NOT FILED                .00             .00
CHASE MORTGAGE SERVICES  CURRENT MORTG       .00                .00             .00
CHASE MORTGAGE SERVICES  MORTGAGE ARRE  18347.18                .00             .00
DAIMLER CHRYSLER FINANCI SECURED VEHIC   1149.54               8.62           56.33
GMAC MORTGAGE            CURRENT MORTG       .00                .00             .00
GMAC MORTGAGE            MORTGAGE ARRE   3000.00                .00             .00

                   PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03120 INDOLFO LUNA & ELIZABETH LUNA
```

```
NATIONAL CHECK BUREAU      SECURED          8925.00            42.53         562.27
INTERNAL REVENUE SERVICE PRIORITY           2443.77              .00            .00
INTERNAL REVENUE SERVICE UNSECURED           260.88              .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED                .00            .00
B-REAL LLC                 UNSECURED         2512.97             .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED            649.19             .00            .00
LEEDERS & ASSOCIATES LTD DEBTOR ATTY         2,550.00                           .00
TOM VAUGHN                 TRUSTEE                                            58.25
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    728.00

PRIORITY                                              .00
SECURED                                            618.60
    INTEREST                                         51.15
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                58.25
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                     728.00                  728.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE